# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Helen Pillion,

           Plaintiff,                     Civil 10-1450 (RHK/AJB)

vs.                            **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Wyeth LLC, et al.,

           Defendants.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  April 15, 2010

                                     s/Richard H. Kyle_____
                                     RICHARD H. KYLE
                                     United States District Judge